IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-cv-8419 |
| | ) |
| v. | ) |
| | ) Judge Gary Feinerman |
| DOES 1 – 23, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S INITIAL STATUS REPORT**

    Plaintiff's counsel submits this Status Report relating to the initial status hearing set for Monday, October 31, 2016 at 9:00 a.m., solely prepared by Plaintiff's counsel. The Court's attention is directed, in particular, to Section 2.

1. Nature of the Case

    a. Attorneys of Record. Plaintiff's attorneys of record are Michael A. Hierl, Todd Pierce-Ryan and Mark A. Cisek.

    b. Basis of Federal Jurisdiction. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 17 U.S.C.§101 et seq. and 28 U.S.C. §§1331 and 1338(a).

    c. Plaintiff's Claims. Plaintiff alleges that Defendants infringed its exclusive rights in the copyrighted motion picture at issue by computer-based peer-to-peer file transfer. In particular, Plaintiff alleges that Defendants used a BitTorrent file transfer protocol to reproduce and distribute the copyrighted motion picture to and among third parties. No answer has been filed and no counterclaims are pending.

    d. Major Legal and Factual Issues. Whether or not each Defendant has infringed the federally registered copyright in the copyrighted motion picture at issue and the appropriate damages for that infringement.

e. <u>Relief Sought by Plaintiff</u>. Judgment against Defendants for willful violation of Plaintiff's federally registered copyright, actual or statutory damages, an order of impoundment concerning all infringing copies of Plaintiff's copyrighted work in Defendants' possession or control, attorney fees, litigation expenses and costs, and such further declaratory and injunctive relief as may be just and proper.

2. <u>Motions and Case Plan</u>

   a. <u>Motions</u>.

   Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was granted on September 22, 2016. A subpoena was served on Comcast, the relevant Internet Service Provider (ISP), on October 7, 2016, and Plaintiff has not yet received a response from Comcast. No motions are pending.

   b. <u>Discovery</u>. As referenced above, Plaintiff issued a subpoena to Comcast requesting the names and addresses of Does 1-23. Comcast should respond by late November.

   A status hearing is scheduled for October 31, 2016 at 9:00 a.m. Because Comcast has not yet provided subscriber information and in view of the limited information to report at this point, the Court may want to consider resetting the October 31 status hearing to a date in early December.

   c. <u>Trial</u>. Plaintiff has requested a jury trial, which would probably last 2-4 days.

3. <u>Consent to Proceed Before a Magistrate Judge</u>

Plaintiff consents to proceeding before a Magistrate Judge. However, no counsel for any Defendant has filed an Appearance.

Respectfully submitted,

Dated: October 24, 2016     LHF PRODUCTIONS, INC.

By:     s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd Pierce-Ryan (Bar No. 6321299)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
LHF Productions, Inc.

## CERTIFICATE OF FILING

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 24, 2016.

                                                                        s/Michael A. Hierl